No. 46,239

Addie Fink, *Appellant,* v. City of Topeka, a Municipal Corporation, *Appellee,* v. Eddie Ephraim, et al., *Third Party Defendants.*

(494 P. 2d 411)

Opinion filed March 4, 1972.

*C. Bruce Works,* of Topeka was on the brief for the appellant.

*James P. Buchele, Bruce C. Harrington, Edwin P. Carpenter* and *Ken F. Crockett,* all of Topeka, were on the briefs for the appellee, City of Topeka.

Per Curiam: The judgment is affirmed by an equally divided court.

Prager, J., not participating.